**Order entered March 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01079-CV

### ANNE JANAI AND NEBO & FINCH, INC., Appellants

### V.

### SANFORD ROSE ASSOCIATES INTERNATIONAL, INC., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05695-2016**

## ORDER

Before the Court is appellee's March 11, 2019 motion to extend time to file its brief. We

**GRANT** the motion and extend the time to **April 15, 2019**.


/s/     KEN MOLBERG
         JUSTICE